UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FRUCTUOSO ZAVALA-ALVAREZ, )
)
   Plaintiff, )    Case No. 19-cv-4041
)
  v. )    Hon. Steven C. Seeger
)
DARBAR MANAGEMENT, INC., *et al.*, )
)
   Defendants. )
_____ )

## FINAL JUDGMENT ORDER

On July 26, 2022, this Court granted Plaintiff Fructuoso Zavala-Alvarez's motion for summary judgment on Counts I–VI against Defendants Darbar Management, Inc., Irfan Moten, M. Salim Moten, Imran Moten, Asif Rangoonwala, and Skaanz Enterprise, Inc. *See* 7/26/22 Memorandum Opinion and Order (Dckt. 183). Defendants Asif Rangoonwala and Skaanz Enterprise, Inc. filed a motion for reconsideration, and this Court then gave them another chance to address the issue of successor liability as stated in the Third Amended Complaint. *See* 8/8/22 Order (Dckt. No. 188).

This Court later denied the motion for reconsideration. *See* 10/24/22 Order (Dckt. No. 196). After that ruling, and as previewed at the hearing on August 12, 2022, Plaintiff submitted a draft final judgment that voluntarily withdrew Counts VII and VIII.

Final judgment is hereby entered in favor of Plaintiff and against Defendants as follows:

A.   Final judgment is entered in favor of Plaintiff Fructuoso Zavala-Alvarez and against Defendants Darbar Management, Inc., Irfan Moten, M. Salim Moten and Imran Moten, and against Defendants Skaanz Enterprise, Inc. and Asif Rangoonwala as successors in interest,

jointly and severally, on Counts I–VI of Plaintiff's Third Amended Complaint in the sum of $379,104.56.

B.      The amount of the final judgment is comprised of (1) unpaid minimum wage and overtime compensation of $69,408.00 for the week ending May 26, 2019, and extending back three years to the week ending June 26, 2016, for Defendants' willful violation of the Fair Labor Standards Act, (2) liquidated damages under the FLSA of $69,408.00, (3) damages under the Chicago Municipal Code of $69,408.00, and (4) statutory interest under the Illinois Minimum Wage Law in the amount of $170,880.56 through the date of this Final Judgment.

C.      The Court finds that the judgment in favor of Plaintiff Zavala-Alvarez is for wages due Plaintiff as an employee under 735 ILCS 5/12-1004, Judgment for wages.

D.      Counts VII and VIII of Plaintiff's Third Amended Complaint are dismissed without prejudice.

E.      Plaintiff is granted leave to file his petition for the award of attorney's fees and costs by November 17, 2022.

Date:   October 25, 2022

_____

Steven C. Seeger
United States District Judge

2