**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

Fructuoso Zavala–Alvarez

Plaintiff,

v.                                                    Case No.: 1:19–cv–04041
                                                      Honorable Steven C. Seeger

Darbar Management, Inc., et al.

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, December 12, 2022:

      MINUTE entry before the Honorable Steven C. Seeger: The Court reviewed Defendants' motions to quash or stay collection proceedings (Dckt. No. [215]), which is hereby granted until the jurisdictional issue is sorted out. Once that issue is resolved, Plaintiff can move to lift the stay as appropriate. Mailed notice. (jjr, ) (Docket Text Modified on 12/13/2022) (jjr,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.