**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| FRUCTUOSO ZAVALA-ALVAREZ, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 19-cv-4041 |
| | ) | |
| v. | ) | Hon. Steven C. Seeger |
| | ) | |
| DARBAR MANAGEMENT, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## AMENDED FINAL JUDGMENT ORDER

On July 26, 2022, this Court granted Plaintiff Fructuoso Zavala-Alvarez's motion for summary judgment on Counts I–VI against Defendants Darbar Management, Inc., Irfan Moten, M. Salim Moten, Imran Moten, Asif Rangoonwala, and Skaanz Enterprise, Inc. *See* 7/26/22 Memorandum Opinion and Order (Dckt. 183). Defendants Asif Rangoonwala and Skaanz Enterprise, Inc. filed a motion for reconsideration, and this Court then gave them another chance to address the issue of successor liability as stated in the Third Amended Complaint. *See* 8/8/22 Order (Dckt. No. 188).

This Court later denied the motion for reconsideration. *See* 10/24/22 Order (Dckt. No. 196). After that ruling, and as previewed at the hearing on August 12, 2022, Plaintiff submitted a draft final judgment that voluntarily withdrew Counts VII and VIII.

This Court originally entered final judgment on October 25, 2022. This Court now issues this Amended Final Judgment Order to include the express finding under Rule 54(b), in light of the dismissal of the final two Counts without prejudice. *See infra*. Final judgment is hereby entered in favor of Plaintiff and against Defendants as follows:

A. Final judgment is entered in favor of Plaintiff Fructuoso Zavala-Alvarez and against Defendants Darbar Management, Inc., Irfan Moten, M. Salim Moten and Imran Moten, and against Defendants Skaanz Enterprise, Inc. and Asif Rangoonwala as successors in interest, jointly and severally, on Counts I–VI of Plaintiff's Third Amended Complaint in the sum of $379,104.56.

B. The amount of the final judgment is comprised of (1) unpaid minimum wage and overtime compensation of $69,408.00 for the week ending May 26, 2019, and extending back three years to the week ending June 26, 2016, for Defendants' willful violation of the Fair Labor Standards Act, (2) liquidated damages under the FLSA of $69,408.00, (3) damages under the Chicago Municipal Code of $69,408.00, and (4) statutory interest under the Illinois Minimum Wage Law in the amount of $170,880.56 through the date of this Final Judgment.

C. The Court finds that the judgment in favor of Plaintiff Zavala-Alvarez is for wages due Plaintiff as an employee under 735 ILCS 5/12-1004, Judgment for wages.

D. Counts VII and VIII of Plaintiff's Third Amended Complaint are dismissed without prejudice. The Court directs the entry of final judgment as to fewer than all claims and parties. *See* Fed. R. Civ. P. 54(b). The Court expressly finds that there is no just reason for delay under Rule 54(b). As explained in its Memorandum Opinion and Order dated July 26, 2022 (Dckt. No. 183), and in its Order dated December 13, 2022 (Dckt. No. 219), Plaintiff's other claims establish Defendants' liability (including through successor liability), so there is no need to unnecessarily reach independent claims under state law to establish that same liability.

E. After the entry of final judgment on October 25, 2022, Plaintiff filed his petition for the award of attorney's fees and costs on November 7, 2022. That petition remains under advisement.

2

Date:   January 3, 2023

Steven C. Seeger
United States District Judge

3